Thomas E. Campagne #065375
Mary F. Lerner #235951
Campagne, Campagne & Lerner
A Professional Corporation
Airport Office Center
1685 North Helm Avenue
Fresno, California  93727
Telephone:  (559) 255-1637
Facsimile: (559) 252-9617

Attorneys for Ishihara-Liang, Inc., dba Edo-Ya Tokyo Cuisine

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA WALLEN,<br><br>      Plaintiff,<br><br>vs.<br><br>ISHIHARA-LIANG, INC., dba EDO YA TOKYO CUISINE; AMI WINEPRESS, L.P.,<br><br>      Defendants. | Case No. 1:10-cv-01981-OWW-DLB<br><br>**STIPULATION FOR EXTENSION TO RESPOND TO COMPLAINT** |

      The undersigned counsel for Plaintiff and counsel for Defendant Ishihara-Liang, Inc., dba Edo-Ya Tokyo Cuisine, hereby stipulate to a second 21-day extension of time for Defendants to respond to the Complaint herein, through and including January 3, 2011.

      The parties are actively involved in settlement negotiations.  This further extension is needed to allow for continued discussion concerning means of resolution of alleged ADA violations.

Dated:  December 9, 2010          Campagne, Campagne & Lerner
                                        A Professional Corporation


                                        By  */s/ Mary F. Lerner*
                                             Mary F. Lerner
                                         Attorneys for Ishihara-Liang, Inc.,
                                         dba Edo Ya Tokyo Cuisine

///

Dated:  December 9, 2010        Moore Law Firm

                                        By   */s/ Tanya Eugene Levinson*
                                                 Tanya Eugene Levinson
                                   Attorneys for Plaintiff Theresa Wallen

## **ORDER**

Based upon the foregoing stipulation, it is hereby ordered that Defendant Ishihara-Liang, Inc., dba Edo-Ya Tokyo Cuisine's response to the Complaint herein is due on or before January 3, 2011.

IT IS SO ORDERED.

     Dated:   **December 10, 2010**                 **/s/ Oliver W. Wanger**
                                                                   UNITED STATES DISTRICT JUDGE