Thomas E. Campagne #065375
Mary F. Lerner #235951
Campagne, Campagne & Lerner
A Professional Corporation
Airport Office Center
1685 North Helm Avenue
Fresno, California 93727
Telephone: (559) 255-1637
Facsimile: (559) 252-9617

Attorneys for Ishihara-Liang, Inc., dba Edo-Ya Tokyo Cuisine


## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA WALLEN, | ) Case No. 1:10-cv-01981-OWW-DLB |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **FOR EXTENSION TO RESPOND TO** |
| vs. | ) **COMPLAINT** |
| | ) |
| ISHIHARA-LIANG, INC., dba EDO YA | ) |
| TOKYO CUISINE; AMI WINEPRESS, | ) |
| L.P., | ) |
| | ) |
| Defendants. | ) |

The undersigned counsel for Plaintiff and counsel for Defendant Ishihara-Liang, Inc., dba Edo-Ya Tokyo Cuisine, hereby stipulate to a third extension of time for Defendant to respond to the Complaint herein, through and including January 30, 2011.

The parties are actively involved in settlement negotiations and are currently drafting a Settlement Agreement. This further extension is needed to allow for continued discussion concerning means of resolution of alleged ADA violations.

Dated: December 21, 2010            Campagne, Campagne & Lerner
                                    A Professional Corporation


                          By  _/s/ Mary F. Lerner_____
                             Mary F. Lerner
                             Attorneys for Ishihara-Liang, Inc.,
                             dba Edo Ya Tokyo Cuisine

///

Dated:  December 21, 2010                    Moore Law Firm


                                             By  _/s/ Tanya Eugene Levinson_____
                                                 Tanya Eugene Levinson
                                                 Attorneys for Plaintiff Theresa Wallen


## **ORDER**

   Based upon the foregoing stipulation, it is hereby ordered that Defendant Ishihara-Liang, Inc., dba Edo-Ya Tokyo Cuisine's response to the Complaint herein is due on or before January 30, 2011.




IT IS SO ORDERED.

   Dated:   **December 21, 2010**              **/s/ Oliver W. Wanger**
                                               UNITED STATES DISTRICT JUDGE