1  NICK ZINKIN (SBN 216431)
   LAW OFFICES OF NICK ZINKIN
2  5 River Park Place West, Suite 204
   Fresno, CA 93720
3  Telephone: (559) 225-2200
   Facsimile: (559) 225-2295
4
   Attorneys for Defendant, AMI Winepress, L.P.
5  erroneously sued as AMI Winierpress, LP

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 THERESA WALLEN,                    ) Case No. 1:10-CV-01981-OWW-DLB
                                      )
12              Plaintiff,            ) STIPULATION FOR EXTENSION TO
                                      ) RESPOND TO COMPLAINT and
13 vs.                                ) ORDER THEREON
                                      )
14 ISHIHARA-LIANG, INC., dba EDO YA   )
   TOKYO CUISINE; AMI WINIERPRESS,    )
15 LP.;                               )
                Defendants.           )
16                                    )
   _____)

17

18     IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto,

19 through their respective counsel of record, pursuant to Federal Rules of Court 6, and Local Rule

20 144, that Defendant, AMI WINEPRESS, L.P. erroneously sued herein as AMI WINIERPRESS,

21 L.P., shall have an extension of time up and to FEBRUARY 7, 2011, to file a responsive

22 pleading to Plaintiff's complaint on file herein.

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28

The parties are actively involved in settlement negotiations and are currently drafting a Settlement Agreement. This further extension is needed to allow for continued discussion concerning means of resolution of alleged ADA violations.

Dated: January 18, 2011                LAW OFFICES OF NICK ZINKIN


                           By:   /s/ Nick Zinkin
                                 Nick Zinkin, Attorney for Defendant, AMI Winepress, LP


Dated: January 18, 2011                MOORE LAW FIRM


                           By:   /s/ Tanya E. Moore
                                 Tanya E. Moore, Attorney for Plaintiff, Theresa Wallen


## **ORDER**

Based upon the foregoing Stipulation, it is hereby ordered that Defendant AMI WINEPRESS, L.P. erroneously sued herein as AMI WINIERPRESS, L.P.'s response to Plaintiff's Complaint is due on or before February 7, 2011.

IT IS SO ORDERED.

   Dated:   **January 20, 2011**              /s/ Dennis L. Beck
                                              UNITED STATES MAGISTRATE JUDGE