NICK ZINKIN (SBN 216431)
LAW OFFICES OF NICK ZINKIN
5 River Park Place West, Suite 204
Fresno, CA 93720
Telephone: (559) 225-2200
Facsimile: (559) 225-2295

Attorneys for Defendant, AMI Winepress, L.P.
erroneously sued as AMI Winierpress, LP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA WALLEN, | ) Case No. 1:10-CV-01981-OWW-DLB |
| Plaintiff, | ) STIPULATION FOR EXTENSION TO<br>) RESPOND TO COMPLAINT and |
| vs. | ) ORDER THEREON |
| ISHIHARA-LIANG, INC., dba EDO YA<br>TOKYO CUISINE; AMI WINIERPRESS,<br>LP.; | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel of record, pursuant to Federal Rules of Court 6, and Local Rule 144, that Defendant, AMI WINEPRESS, L.P. erroneously sued herein as AMI WINIERPRESS, L.P., shall have an extension of time up and to FEBRUARY 7, 2011, to file a responsive pleading to Plaintiff's complaint on file herein.

/ / /

/ / /

/ / /

/ / /

/ / /

1   The parties are actively involved in settlement negotiations and are currently drafting a
2   Settlement Agreement. This further extension is needed to allow for continued discussion
3   concerning means of resolution of alleged ADA violations.

Dated: January 18, 2011            LAW OFFICES OF NICK ZINKIN

                        By:    /s/ Nick Zinkin
                               Nick Zinkin, Attorney for Defendant, AMI Winepress, LP

Dated: January 18, 2011            MOORE LAW FIRM

                        By:    /s/ Tanya E. Moore
                               Tanya E. Moore, Attorney for Plaintiff, Theresa Wallen

## **ORDER**

Based upon the foregoing Stipulation, it is hereby ordered that Defendant AMI WINEPRESS, L.P. erroneously sued herein as AMI WINIERPRESS, L.P.'s response to Plaintiff's Complaint is due on or before February 7, 2011.

IT IS SO ORDERED.

   Dated:   **January 24, 2011**              **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE