Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Theresa Wallen

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA WALLEN, | ) No. 1:10-CV-01981-OWW-DLB |
| Plaintiff, | ) **NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |
| vs. | ) |
| ISHIHARA-LIANG, INC., dba EDO YA TOKYO CUISINE; AMI WINIERPRESS, L.P., | ) |
| Defendants. | ) |

WHEREAS, no Defendant has filed an answer or a motion for summary judgment in this action;

WHEREAS, Plaintiff and all Defendants have settled this matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice in its entirety pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

Date: March 30, 2011                MOORE LAW FIRM, P.C.


/s/Tanya E. Moore
Tanya E. Moore
Attorneys for Plaintiff Theresa Wallen

*Wallen v. Ishihara-Liang, Inc., et al.*
Notice of Voluntary Dismissal of Action

Page 1

**ORDER**

    Good cause appearing,

IT IS SO ORDERED.

    Dated:   **March 30, 2011**                      **/s/ Oliver W. Wanger**
                                                                    UNITED STATES DISTRICT JUDGE